ACCEPTED
03-14-00811-CR
3832795
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/20/2015 4:05:04 PM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/20/2015 4:05:04 PM
JEFFREY D. KYLE
Clerk

KARL DEAN STAHMANN,　　　　*

　　　Appellant　　　　　　*

v.　　　　　　　　　　　　*　　　No. 03-14-00811-CR

THE STATE OF TEXAS　　　　*

## APPELLANT'S SECOND MOTION TO EXPEDITE APPEAL

TO THE HONORABLE CHIEF JUSTICE AND JUSTICES OF SAID COURT:

In support of this Motion, Appellant would show:

1. Appellant has been confined in the Comal County jail without bail since December 1, 2014.

2. Originally, Appellant was charged in a two count indictment with the state jail felony offense(s) of credit card abuse and subsequently placed on deferred adjudication community supervision for each count.

3. The State moved to have the trial judge enter an adjudication of guilt.

4. Appellant was released on bail pending a hearing on the State's motion.

5. On December, 1, 2014, the trial judge conducted a hearing on the State's motion and entered an adjudication of guilt. *However, the trial judge did not assess punishment at confinement in a state fail facility. Instead, the trial judge entered a finding of guilt and again placed Appellant on*

*community supervision.*

6. Despite receiving a suspended sentence, Appellant was taken into custody and he has been confined *without bail* in the Comal County jail since December 1, 2014.

7. On December 15, 2014, undersigned counsel filed the Defendant's Motion for Bail Pending Determination of Motion for New Trial and Pending Appeal.

8. On December 15, 2014, the trial court *summarily denied* the Motion for Bail. The trial court's denial of bail was in direct violation of Article 44.04(a), Texas Code of Criminal Procedure which provides "[p]ending the determination of any motion for new trial … the defendant is entitled to be released on reasonable bail."

9. Article 44.04(g) provides for the right of appeal from the denial of bail and further provides that "said appeal shall be given preference by the appellate court."

10. On December 23, 2014, undersigned counsel filed a notice of appeal related to the denial of bail.[1]  That notice of appeal was received in this Court on December 29, 2014.

---

1.      Counsel also filed a general notice of appeal for the determination of guilt. Tex. C. Crim. Proc. art 42.12, sec. 5(b).

11. The reporter's record from the summary denial of bail was filed in this Court on December 31, 2014.

12. The district clerk's record has been requested by undersigned counsel and said clerk has been notified that this is an expedited appeal pursuant to Texas Rule of Appellate Procedure 31.1. Today, January 20, 2015, counsel again contacted the Comal County District Clerk and asked that office to file the clerk's record to this case with this Court.

13. And Rule 31.2 provides: "[a]n appeal in … a bail proceeding will be heard at the earliest practicable time."

14. On December 31, 2014, Appellant filed a motion to expedite this appeal. As of this morning, January 20, 2015, no action had been taken on that motion.

15. Appellant is statutorily entitled to reasonable bail while he appeals the determination to enter a finding of guilt. However, bail has been denied and he has now been confined in the Comal County jail for more than 50 days despite having received a suspended sentence.

16. Appellant is entitled both by statute and rule to have the issue of bail resolved by this Court on an expedited basis. However, Appellant's motion to expedite the appeal has not been addressed in three weeks.

17. Appellant files this Second Motion to expedite its review of the question of

bail in order that reasonable bail may be set so that Appellant may be released pending the appeal of the merits of the case, namely the trial court's determination to adjudicate guilt.

18. Appellant respectfully requests that this Court set bail in each count of the indictment at $5,000.00 for a total of $10,000.00.

Respectfully submitted,

        /s/ Charles F. Baird_____
**CHARLES F. BAIRD**
TBA # 00000045
**BAIRD FARRELLY, PLLC**
2312 Western Trails Blvd, Suite 102-A
Austin, TX 78745
Tel: 512-804-5911
Fax: 512-804-5919
Email: jcfbaird@gmail.law

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document was served on Jennifer A. Tharp, Assistant District Attorney, Comal District Attorney's Office, on January 20, 2015, *via* fax.

        /s/ Charles F. Baird_____
**CHARLES F. BAIRD**